# **EXHIBIT A**

| STATE OF NORTH CAROLINA | File No. 21-CVS-20322 |
|---|---|
| Mecklenburg County | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

| Name Of Plaintiff |
|---|
| Commercial Credit Group Inc. |
| Address |
| 525 North Tryon Street, Suite 1000 |
| City, State, Zip |
| Charlotte  NC  28202 |

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**VERSUS**

| Name Of Defendant(s) | Date Original Summons Issued |
|---|---|
| Graziano Brothers Inc., Augustine J. Graziano, William M. Graziano, and James A. Graziano | |
| | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Graziano Brothers Inc.<br>By Serv United States Corporation Agents, Inc., Registered Agent<br>101 Billerica Avenue, BLDG 5, Suite 204<br>North Billerica, MA 01862 | Augustine J. Graziano<br>167 Weymouth Street<br>Holbrook, MA 02343 |

⚠ IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

¡IMPORTANTE! ¡Se ha entablado un proceso civil en s... papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede ... lo antes posible acerca de su caso y, de ser necesario, hablar con al... a traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follo...

1. Serve a copy of your written answer to the complaint upon the plaint... ) days after you have been served. You may serve your answer by delivering a copy to the plain... known address, and
2. File the original of the written answer with the Clerk of Superior Cou...

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief dema...

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| Niall T. McLachlan, Esq.<br>525 North Tryon Street, Suite 1000<br>Charlotte, NC 28202 | 12/22/21 | 12:12 ☐ AM ☒ PM |
| | Signature | |
| | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

| Date Of Endorsement | Time ☐ AM ☐ PM |
|---|---|
| Signature | |
| ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

| | **RETURN OF SERVICE** | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
                                                SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG                  21-CVS- 20322

COMMERCIAL CREDIT GROUP, INC.,

             Plaintiff,

v.                                             **COMPLAINT**

GRAZIANO BROTHERS INC., AUGUSTINE J.
GRAZIANO, WILLIAM M. GRAZIANO, AND
JAMES A. GRAZIANO,

             Defendants.

Commercial Credit Group Inc. ("Plaintiff"), for its complaint against the Defendants, Graziano Brothers Inc., Augustine J. Graziano, William M. Graziano, and James A. Graziano, states and alleges the following:

1. This is an action to recover damages for breach of contract.

### I. Parties

2. Plaintiff is a corporation organized and existing under the laws of the State of Delaware, which is authorized to do business in the State of North Carolina, with its principal address at 525 North Tryon Street, Suite 1000, Charlotte, Mecklenburg County, North Carolina 28202.

3. Defendant Graziano Brothers Inc. is a Massachusetts corporation, upon information and belief.

4. Defendant Augustine J. Graziano is a Massachusetts resident, upon information and belief.

5. Defendant William M. Graziano is a Massachusetts resident, upon information and belief.

6. Defendant James A. Graziano is a Massachusetts resident, upon information and belief.

7. Venue in this Court is proper, and this Court has exclusive jurisdiction over the named parties based upon, among other things, based upon the respective parties' prior express written consent thereto.

## II. Factual Background

8. Plaintiff made a commercial equipment loan to Graziano Brothers Inc. In exchange for the loan, Graziano Brothers Inc. executed and delivered to Plaintiff a Negotiable Promissory Note and Security Agreement (as amended from time to time, the "Note") payable to Plaintiff that is the subject of this action. The date of the Note and the original face amount are as follows:

|        | **Date of Notes**  | **Original Face Amount** |
|--------|-------------------|--------------------------|
| Loan 1 | December 13, 2019 | $339,192.00              |

9. Plaintiff is the holder and sole owner of the Note described above.

10. By Guaranty dated December 13, 2019, Defendants Augustine J. Graziano, William M. Graziano, and James A. Graziano agreed, among other things, to guaranty payment of all obligations of Graziano Brothers Inc. to Plaintiff.

## III. Count One: Breach of Contract as to all Defendants

11. Plaintiff repeats and realleges each of the preceding allegations as if fully set forth herein.

12. Defendants Graziano Brothers Inc., Augustine J. Graziano, William M. Graziano, and James A. Graziano defaulted under the Note and Guaranty by, *inter alia*, failing to remit to Plaintiff monthly payments due thereunder and by selling collateral pledged to secure payment and performance under the Note.

13. After applying all payments and credits, the remaining balance owed on the Obligations is $79,349.18 as of December 15, 2021.

14. Under the Note, after default, Plaintiff is entitled to interest at the Default Rate (as defined therein at eighteen percent per annum) which, in the instant case, results in the accrual of interest in the amount of $39.67 per day from December 15, 2021.

15. Pursuant to the Note, Plaintiff is entitled to attorneys' fees and other charges in the event the Note is placed in the hands of an attorney for collection.

16. Defendants Graziano Brothers Inc., Augustine J. Graziano, William M. Graziano and James A. Graziano are hereby notified pursuant to N.C.G.S. 6-21.2 *et seq.*, by service of this Summons and Complaint that: (a) Plaintiff intends to recover attorneys' fees from Defendants herein, and (b) each has five days from date of such service within which to pay the principal and interest owing at the time this action was instituted without incurring liability for Plaintiff's attorneys' fees.

**Wherefore**, Plaintiff respectfully prays that the Court enter judgment in favor of Plaintiff, and against Defendants, as follows:

1. Judgment against Graziano Brothers Inc., Augustine J. Graziano, William M. Graziano, and James A. Graziano, jointly and severally, in favor of Plaintiff, in the amount of $79,349.18, plus such pre-judgment interest which has accrued at the rate of $39.67 per day between December 15, 2021, and the date that judgment is entered, and Plaintiff's legal costs, expenses, and attorneys' fees; and

2. Such other relief as is just and proper.

December 21, 2021

_____
Niall T. McLachlan (N.C. Bar #54360)
Laura E. F. Thompson (N.C. Bar #38932)
Ryan J. Ostrow (N.C. Bar #45495)
COMMERCIAL CREDIT GROUP INC.
525 N. Tryon St., Suite 1000
Charlotte, NC 28202 (704) 944-2981
Emails: nmclachlan@commercialcreditgroup.com
lethompson@commercialcreditgroup.com
rostrow@commercialcreditgroup.com

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG          21-CVS-20322

COMMERCIAL CREDIT GROUP INC.,
    Plaintiff,

v.

GRAZIANO BROTHERS INC.,
AUGUSTINE J. GRAZIANO, WILLIAM M.
GRAZIANO, AND JAMES A. GRAZIANO,

    Defendants.

**AFFIDAVIT OF SERVICE**



I, Niall T. McLachlan, being duly sworn, hereby declare that the Summons issued on December 22, 2021, and Plaintiff's Complaint filed on December 22, 2021, was served on the Defendants listed below by delivering a true copy thereof as follows:

**Graziano Brothers Inc.**
**C/O United States Corporation Agents, Inc.**
**Registered Agent**
101 Billerica Avenue, BLDG 5, Suite 204
North Billerica, MA 01862
**Served on: 12/24/2021 via FedEx**

**Augustine J. Graziano**
167 Weymouth Street
Holbrook, MA 02343
**Served on: 12/24/2021 via FedEx**

**James A. Graziano**
7 Kathleen Drive
Holbrook, MA 02343
**Served on: 12/24/2021 via FedEx**

**William M. Graziano**
306 Union Street
Holbrook, MA 02343
**Served on: 12/27/2021 via FedEx**

Proof of delivery is attached hereto as Exhibit "A."
January 3, 2022

Niall T. McLachlan (N.C. Bar #54360)
Laura E. F. Thompson (N.C. Bar #38932)
Commercial Credit Group Inc.
525 N. Tryon St., Suite 1000
Charlotte, NC 28202 (704) 944-2981
nmclachlan@commercialcreditgroup.com
lethompson@commercialcreditgroup.com

Sworn to this 3
day of January, 2022

Kelli Murphy, Notary Public
My Commission Expires: 10/27/2025

1

# EXHIBIT A



December 27, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 775582200176

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | A.GAZIANO | **Delivery Location:** | 167 WEYMOUTH ST |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Adult Signature Required | | HOLBROOK, MA, 02343 |
| | | **Delivery date:** | Dec 24, 2021 11:38 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 775582200176 | **Ship Date:** | Dec 22, 2021 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Augustine J. Graziano,
167 Weymouth Street
HOLBROOK, MA, US, 02343

**Shipper:**
Lauren Johns, COMMERCIAL CREDIT GROUP INC
525 N TRYON ST
STE 1000
CHARLOTTE, NC, US, 28202



Thank you for choosing FedEx



December 27, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 775582298175

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | J.GRAZIANO | Delivery Location: | 7 KATHLEEN DR |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery; Adult Signature Required | | HOLBROOK, MA, 02343 |
| | | Delivery date: | Dec 24, 2021 11:51 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 775582298175 | Ship Date: | Dec 22, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
James A. Graziano,
7 Kathleen Drive
HOLBROOK, MA, US, 02343

Shipper:
Lauren Johns, COMMERCIAL CREDIT GROUP INC
525 N TRYON ST
STE 1000
CHARLOTTE, NC, US, 28202



Thank you for choosing FedEx



Dear Customer,

The following is the proof-of-delivery for tracking number: 775582165160

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | J.JULIO | Delivery Location: | 101 BILLERICA AVE |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | NORTH BILLERICA, MA, 01862 |
| | | Delivery date: | Dec 23, 2021 11:14 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 775582165160 | Ship Date: | Dec 22, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
US Corporation Agents, Inc Reg Agen, Graziano Brothers Inc.
101 Billerica Ave, BLDG 5
Suite 204
NORTH BILLERICA, MA, US, 01862

Shipper:
Lauren Johns, COMMERCIAL CREDIT GROUP INC
525 N TRYON ST
STE 1000
CHARLOTTE, NC, US, 28202



Thank you for choosing FedEx



December 27, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 775582264898

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | M.GRAZINO | **Delivery Location:** | 306 UNION ST |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Adult Signature Required | | HOLBROOK, MA, 02343 |
| | | **Delivery date:** | Dec 27, 2021 07:45 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 775582264898 | **Ship Date:** | Dec 22, 2021 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
William M. Graziano,
306 Union Street
HOLBROOK, MA, US, 02343

**Shipper:**
Lauren Johns, COMMERCIAL CREDIT GROUP INC
525 N TRYON ST
STE 1000
CHARLOTTE, NC, US, 28202



Thank you for choosing FedEx

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2022 a copy of the foregoing pleading was served via U.S. Mail on the person hereinafter named at the address stated below:

**Graziano Brothers Inc.**
**C/O United States Corporation Agents, Inc.**
**Registered Agent**
101 Billerica Avenue, BLDG 5, Suite 204
North Billerica, MA 01862

**Augustine J. Graziano**
167 Weymouth Street
Holbrook, MA 02343

**William M. Graziano**
306 Union Street
Holbrook, MA 02343

**James A. Graziano**
7 Kathleen Drive
Holbrook, MA 02343

Niall T. McLachlan (N.C. Bar #54360)
Commercial Credit Group Inc.
525 N. Tryon St., Suite 1000
Charlotte, NC 28202 (704) 944-2981
lethompson@commercialcreditgroup.com